UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| DANIEL W. JOHNSON and | ) | CASE NO. 12-83578 |
| MARTHA A. JOHNSON, | ) | |
| | ) | |
| Debtors. | ) | |

## NOTICE OF MOTION AND MOTION FOR FINAL DECREE, CERTIFICATE OF CONFIRMATION AND TO CLOSE CHAPTER 11 CASE

The Debtors, DANIEL W. JOHNSON and MARTHA A. JOHNSON, have filed a Motion for Final Decree, Certificate of Confirmation and to Close Chapter 11 Case with the Court in the above-captioned case.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you want the Court to consider your views on the Motion, then you or your attorney must:

1. File a written response to the above motion on or before the date set for the hearing on the motion at the United States Bankruptcy Court, 327 South Church Street, Room 1100, Rockford, IL 61101, or
2. Attend the hearing scheduled to be held on **March 7, 2016 at 10:30 a.m.** at the United States Bankruptcy Court, 327 South Church Street, Room 3100, Rockford, IL 61101.

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to Attorney Stephen G. Balsley, Barrick, Switzer, Long, Balsley & Van Evera, 6833 Stalter Drive, Rockford, IL 61108.

If you file a response, attend the hearing on the motion scheduled to be held on **March 7, 2016 at 10:30 a.m.** at the United States Bankruptcy Court, 327 South Church Street, Room 3100, Rockford, IL 61101.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion or Objection and may enter an Order granting that relief.

Dated: February 10, 2016

TIFFANY E. RODRIGUEZ

Tiffany E. Rodriguez
**BARRICK, SWITZER, LONG,
 BALSLEY & VAN EVERA**
6833 Stalter Drive
Rockford, IL 61108
Telephone: 815/962-6611
FAX: 815/962-0687

## PROOF OF SERVICE

I, the undersigned, certify that a copy of the foregoing document was served upon:

SEE ATTACHED SERVICE LIST

And

Attorney Teresa Abney
U.S. Department of Justice
PO Box 55
Washington, D.C. 20044

Dr. Leon
4536 Lost Trail
Rockford, IL 61101

That I sealed said envelope and placed sufficient United States postage on each; that I deposited said envelope so sealed and stamped in the United States Mail at Rockford, Illinois, at or about the hour of 5:00 p.m. on the 10 day of February, 2016.

*[signature]*

Tiffany E. Rodriguez
**BARRICK, SWITZER, LONG,
BALSLEY & VAN EVERA**
6833 Stalter Drive
Rockford, IL 61108
Telephone: 815/962-6611
FAX: 815/962-0687

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-3<br>Case 12-83578<br>Northern District of Illinois<br>Rockford<br>Mon Oct 8 11:13:12 CDT 2012 | Bank of America, N.A.<br>c/o Codilis & Associates, P.C.<br>15W030 North Frontage Road, Suite 100<br>Burr Ridge, IL 60527-6921 | U.S. Bankruptcy Court<br>Western Division<br>327 South Church Street<br>Rockford, IL 61101-1320 |
| American Express<br>PO Box 981537<br>El Paso, TX 79998-1537 | Bank of Americ<br>PO Box 17054<br>Wilmington, DE 19850-7054 | Bank of America<br>Business Card<br>PO Box 15710<br>Wilmington, DE 19886-5710 |
| Bank of America<br>PO Box 15026<br>Wilmington, DE 19850-5026 | Blitt and Gaines, P.C.<br>661 W. Glenn Avenue<br>Wheeling, IL 60090-6017 | Bonded Collection Corporation<br>29 E. Madison Street<br>Site 1650<br>Chicago, IL 60602-4404 |
| Bonded Collection Corporation<br>29 E. Madison Street<br>Suite 1650<br>Chicago, IL 60602-4435 | Capital Management Services, LP<br>726 Exchange St., Ste 700<br>Buffalo, NY 14210-1464 | Capital One Bank<br>PO Box 6492<br>Carol Stream, IL 60197-6492 |
| Cardmember Service<br>PO Box 15153<br>Wilmington, DE 19886-5153 | Cavalry Portfolio SVCS<br>500 Summit Lake Drive<br>Ste 4A<br>Valhalla, NY 10595-2323 | Cavalry Portfolio Services<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2322 |
| Citi Cards<br>Process Center<br>Des Moines, IA 50363-0001 | Discover<br>c/o Capital Management Services, LP<br>726 Exchange St., Ste 700<br>Buffalo, NY 14210-1464 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| Enhanced Recovery Corporation<br>PO Box 1967<br>Southgate, MI 48195-0967 | FMA Alliance, Ltd<br>11811 North Freeway<br>Suite 900<br>Houston, TX 77060-3292 | Illinois Department of Revenue<br>P.O. Box 19035<br>Springfield, IL 62794-9035 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, Pa 19101-7346 | LVNV Funding LLC<br>PO Box 10584<br>Greenville, SC 29603-0584 | LVNV Funding LLC<br>c/o Richard J. Boudreau & Associate<br>5 Industrial Way<br>Salem, NH 03079-4866 |
| Leading Edge Recovery Solutions<br>5440 N. Cumberland Ave., Ste 300<br>Chicago, IL 60656-1486 | R & R Receivables<br>860 Northpoint Blvd<br>Waukegan, IL 60085-8201 | Target National Bank<br>c/o Northland Group, Inc.<br>PO Box 390846<br>Minneapolis, MN 55439-0846 |
| The Sagres Company<br>531 Stevens Avenue West<br>Suite A<br>Solana Beach, CA 92075-2043 | Daniel W. Johnson<br>4074 Tumbleweed Trail<br>Loves Park, IL 61111-4390 | Martha A. Johnson<br>4074 Tumbleweed Trail<br>Loves Park, IL 61111-4390 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | |
| DANIEL W. JOHNSON and ) | CASE NO. 12-83578 |
| MARTHA A. JOHNSON, ) | |
| ) | |
| Debtors. ) | |

## MOTION FOR FINAL DECREE, CERTIFICATE OF CONFIRMATION AND TO CLOSE CHAPTER 11 CASE

NOW COMES the Debtors, DANIEL W. JOHNSON and MARTHA A. JOHNSON by their attorneys, BARRICK, SWITZER, LONG, BALSLEY and VAN EVERA, and moves the Court for Final Decree, and in support thereof states as follows:

1. The Chapter 11 proceeding was commenced by filing a Petition with this Court on September 21, 2012.

2. The Court confirmed the Debtors' Chapter 11 Plan of Reorganization on January 14, 2016.

3. Administrative claims have been paid as provided in the Plan.

4. The Debtor has paid all of the fees due to the United States Trustee, and is ready, willing and able to pay any final fee due to the United States Trustee upon receipt of a statement from the United States Trustee as to the amount due.

5. The Debtors have started making all their payments under the confirmed Plan of Reorganization.

6. There is no reason to keep the Chapter 11 case open.

WHEREFORE, the Debtor moves the Court to enter a Final Decree and to close this case.

_____
TIFFANY E. RODRIGUEZ

Tiffany E. Rodriguez
BARRICK, SWITZER, LONG,
 BALSLEY & VAN EVERA
6833 Stalter Drive
Rockford, IL 61108
Telephone: 815/962-6611
FAX: 815/962-0687