UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | BK No.: 12-83578 |
| | ) | |
| DANIEL W. JOHNSON and | ) | Chapter 11 |
| MARTHA A. JOHNSON | ) | |
| | ) | Honorable Thomas M. Lynch |
| Debtors | ) | |
| | ) | |

## FINAL DECREE

THIS CAUSE coming to be heard upon the Debtors' Motion for Final Decree, Certification of Confirmation and Request to Close Case (ECF No. 308), and

This Court having confirmed the Debtors' Chapter 11 Plan of Reorganization on January 14, 2016 and Notice of the Debtors' Application for Final Decree being given to all persons and entities entitled to notice; and the Court being fully advised in the premises;

This Court finds that cause exists for entering a final decree pursuant to Local Rule 3022-1 and, therefore, the Debtors' Motion for Final Decree is GRANTED and a final decree is hereby entered.

IT IS HEREBY ORDERED that the Clerk of the Court may close this Chapter 11 case, without prejudice to the Debtors' right to move to reopen the same upon completion of their Chapter 11 plan.

Enter: *[signature]*

Dated: **MAR 24 2016**

United States Bankruptcy Judge